IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNSON MUD,

    Petitioner,

v.                                                                                     No. 2:24-cv-01293-MIS-LF

DAVID COLE,
ATTORNEY GENERAL OF
THE STATE OF NEW MEXICO,

    Defendants.

## ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Petitioner initiated this habeas proceeding while incarcerated at the Lea County Correctional Facility. *See* Doc. 2. Recent mailings to Petitioner have been returned as undeliverable. *See* Doc. 4. Petitioner has not advised the Clerk of his new address, as D.N.M. LR-Civ. 83.6 requires. *See* D.N.M.LR-Civ. 83.6 ("All … parties appearing pro se have a continuing duty to notify the Clerk, in writing, of any change in their … mailing addresses.").

Accordingly, **IT IS ORDERED** that Petitioner shall notify the Clerk in writing of his new address within thirty (30) days of entry of this Order. The failure to timely comply may result in dismissal of this action without further notice.

                                                                            _____
                                                                            Laura Fashing
                                                                            United States Magistrate Judge